IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                                          NO. 4:05CR00266-01 GH

ANTONIO WILLIAMS

**ORDER**

Defendant appeared with counsel on July 14, 2006 for sentencing and to show cause why his bond should not be revoked. The Court will deny the motion for revocation and modify defendant's bond conditions to include call his probation officer weekly and submit to drug testing twice a week. His parents, Earl and Beverly Williams, have agreed to assume third-party custody of Mr. Williams until he reports to his designated Bureau of Prisons facility on August 14, 2006.

Defendant is to be released from the custody of the U. S. Marshal immediately.

IT IS SO ORDERED this 14th day of July, 2006.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE