# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Michael Johnson** | **Reporter: K. Baker** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: C. Grimes** |
| | |
| **ANTONIO WILLIAMS** | |
| **counsel: Lisa Peters** | |
| **counsel:** | **Date: July 8, 2008** |

**CASE NO: 4:05CR00266-01-JMM**
**4:06CR00404-01-WRW**

## COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 11:07 a.m.**                                                                                                 **End: 11:27 a.m.**

**Court calls cases and reviews to present; deft admits alleged violations w/the exception of unauthorized location violation; Gov't withdraws Lonoke county charges; Court finds violations occurred; motions to revoke GRANTED; 7 months BOP in 4:06CR00404-01-WRW and 9 months BOP in 4:05CR00266-01-JMM to run consecutively; no supervised release; deft remanded into custody of U.S. Marshal; amended J&C to be entered.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**