IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                    4:05CR00266-01-JMM
                          4:06CR00404-01-WRW

ANTONIO WILLIAMS

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the Supervised Release (4:05CR00266-01-JMM) and Probation (4:06CR00404-01-WRW) granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Supervised Release and Probation granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of seven (7) months at a designated Bureau of Prisons correctional facility in 4:06CR00404-01-WRW. Further, the defendant is sentenced to a period of nine (9) months at a designated Bureau of Prisons correctional facility in 4:05CR00266-01-JMM which is to run consecutively to the term of imprisonment in 4:06CR00404-01 for a total of 16 months. The defendant is to participate in nonresidential substance abuse treatment during incarceration. The defendant is remanded into the custody of the U.S. Marshal.

There is no supervised release to follow incarceration.

IT IS SO ORDERED this 9th day of July, 2008.

                                              /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE

supvrl.2.Williams.wpd